

# City of Brookings

898 Elk Drive, Brookings, OR 97415
(541) 469-1159  Fax (541) 469-3650
www.brookings.or.us

July 29, 2021

Pastor Bernie Lindley
St. Timothy's Episcopal Church
PO Box 1237
401 Fir Street
Brookings, OR 97415

Re: Commercial Kitchen in Single-Family Residential District

Dear Pastor Lindley,

The City of Brookings is providing this letter to discuss concerns related to the commercial kitchen at St. Timothy's Church, located at 401 Fir Street, Brookings, OR 97415.

St. Timothy's operates as a religious institution in the R-1-6 Single-Family Residential District under a de facto conditional use permit. While Brookings Municipal Code (BMC) 17.20.040(B) allows religious institutions in the Single-Family Residential District subject to conditional use permits, commercial kitchens, restaurants, and similar food service operations are not permitted outright or conditionally in that zoning district. The City is concerned that St. Timothy's has added a use that is not allowed in the zone; a commercial kitchen, which would violate BMC Chapter 17.20.

The City wants to work with St. Timothy's to ensure that its use of the property complies with the BMC's residential zoning standards. To avoid potential violations of the BMC, St. Timothy's could relocate its commercial kitchen to a zoning district that allows restaurants, cafes, and other food service operations. In addition, St. Timothy's could modify its operations to become a benevolent meal site under OAR 333-150-0000(4)(e) that would not utilize a permanent kitchen facility. The City would also be happy to work with St. Timothy's to establish potential limits on the frequency and volume of potential meal services. Such limits could help ensure that St. Timothy's use of the property does not constitute a commercial kitchen or restaurant that would not be allowed in the residential zoning district.

We would be happy to discuss St. Timothy's options for achieving compliance with the BMC in more detail. Please feel free to reach out if you'd like to schedule that discussion or if you have any questions.

Sincerely,

Anthony Baron
Public Works and Development Services Director

EXHIBIT 2
Page 1 of 1