UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ST. TIMOTHY'S EPISCOPAL CHURCH, by and through THE DIOCESE OF OREGON, dba THE EPISCOPAL DIOCESE OF OREGON, an Oregon nonprofit corporation, and Reverend James Bernard Lindley, vicar of St. Timothy's Episcopal Church,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF BROOKINGS, an Oregon municipal government,<br><br>　　　　　Defendant. | Case No.: 1:22-CV-00156-CL<br><br>WAIVER OF SERVICE OF SUMMONS AND COMPLAINT |

I have received a copy of the complaint and two copies of this waiver form.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

/ / /

/ / /

/ / /

Page 1 　-　 WAIVER OF SERVICE OF SUMMONS AND COMPLAINT

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

DATED: February 4, 2022                    CITY OF BROOKINGS

*[signature]*

Lori J. Cooper, OSB No. 912409
Local Government Law Group, P.C.
975 Oak Street, Suite 700
Eugene, OR 97401
Telephone: 541.485.5151
lori@localgovtlaw.com
Of Attorneys for Defendant City of Brookings