Amy Edwards, OSB No. 012492
amy.edwards@stoel.com
Samantha K. Sondag, OSB No. 154244
samantha.sondag@stoel.com
Rachelle D. Collins, OSB No. 214059
rachelle.collins@stoel.com
Stoel Rives LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380

Walter Fonseca, OSB No. 136349
wfonseca@ojrc.info
Franz Bruggemeier, OSB No. 163533
fbruggemeier@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503.944.2270

     Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **ST. TIMOTHY'S EPISCOPAL CHURCH**, by and through **THE DIOCESE OF OREGON**, dba **THE EPISCOPAL DIOCESE OF OREGON**, an Oregon nonprofit corporation, and **REVEREND JAMES BERNARD LINDLEY**, vicar of St. Timothy's Episcopal Church,<br>            Plaintiffs,<br><br>   v.<br><br>**CITY OF BROOKINGS**, an Oregon municipal government,<br><br>            Defendant. | Case No. 1:22-cv-00156-CL<br><br>**JUDGMENT** |

Page 1   -   JUDGMENT

Based on the Court's Opinion and Order (ECF No. 94), IT IS ADJUDGED that:

1. Plaintiffs' motion for summary judgment (ECF No. 43) is granted.

2. The City of Brookings ("City")'s motion for summary judgment (ECF No. 54) and motion to dismiss (ECF No. 75) are denied.

3. Ordinance 21-O-795, as revised by Ordinance 23-O-809 (collectively, the "Ordinance"), violates the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc and is therefore declared unlawful. The Court need not, and does not, reach Plaintiffs' alternative grounds for declaratory relief under the United States and Oregon Constitutions.

4. The City is permanently enjoined from enforcing the Ordinance.

5. Judgment is entered in favor of Plaintiffs, as prevailing parties, and against the City. Plaintiffs may seek to recover attorneys' fees and costs to the extent permitted by law.

6. Any motion for an award of attorneys' fees and costs is due within 14 days of entry of this judgment.

DATED: _____, 2024

                                                   _____
                                                   The Honorable Mark D. Clarke
                                                   United States Magistrate Judge

SUBMTITED BY:

Amy Edwards, OSB No. 012492
amy.edwards@stoel.com
Samantha K. Sondag, OSB No. 154244
samantha.sondag@stoel.com
Rachelle D. Collins, OSB No. 214059
rachelle.collins@stoel.com
Telephone: 503.224.3380
Attorneys for Plaintiffs

Page 2   -   JUDGMENT