**Liani J. Reeves, OSB No. 013904**
liani.reeves@millernash.com
**Ed Choi, OSB No. 135673**
ed.choi@millernash.com
**Heather Van Meter, OSB No. 983625**
heather.vanmeter@millernash.com
Miller Nash, LLP
111 SW 5th Avenue, Suite 3400
Portland, OR  97204
503-224-5858/Telephone
503-224-0155/Facsimile

Attorneys for Defendant City of Brookings

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| **ST. TIMOTHY'S EPISCOPAL CHURCH**, by and through **THE DIOCESE OF OREGON**, dba **THE EPISCOPAL DIOCESE OF OREGON**, an Oregon nonprofit corporation, and **REVEREND JAMES BERNARD LINDLEY**, vicar of St. Timothy's Episcopal Church, | Case No. 1:22-cv-00156-CL |
| Plaintiffs, | **THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND BILL OF COSTS** |
| v. | |
| **CITY OF BROOKINGS**, an Oregon municipal government, | |
| Defendant. | |

## CERTIFICATION

Pursuant to Local Rule 7-1(a), counsel for Defendant and Plaintiffs conferred

regarding this Motion and Plaintiffs do not oppose this Motion.

## MOTION

Pursuant to FRCP 6(b) and the Court's inherent authority, Defendant moves the

Page 1    **THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND BILL OF COSTS**

Court for an order extending the responsive pleading deadline for objections to Plaintiff's

Motion for Attorney Fees and Bill of Costs. The current deadline is July 31, 2024 to respond to

the Plaintiff's Motion for Attorney Fees and Bill of Costs. Defendant requests an extension (and

Plaintiff does not object) to file a response to Plaintiff's Motion for Attorney Fees and Bill of

Costs to and through August 30, 2024.

          DATED:  July 24, 2024.

                        MILLER NASH, LLP


                        By *s/Heather J. Van Meter*
                            Liani J. Reeves, OSB No. 013904
                            liani.reeves@millernash.com
                            Ed Choi, OSB No. 135673
                            ed.choi@millernash.com
                            Heather Van Meter, OSB No. 983625
                            heather.vanmeter@millernash.com
                            Attorneys for Defendant
                            City of Brookings

**THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND BILL OF COSTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2024 I served the foregoing **THIRD**

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO**

**PLAINTIFF'S MOTION FOR ATTORNEY FEES AND BILL OF COSTS** on:

Amy Edwards                                    Samantha K. Sondag
STOEL RIVES LLP                           STOEL RIVES LLP
760 SW Ninth Ave., Suite 3000        760 SW Ninth Ave., Suite 3000
Portland, OR 97205                          Portland, OR 97205
amy.edwards@stoel.com                  samantha.sondag@stoel.com

Rachelle D. Collins                          Walter Fonseca
STOEL RIVES LLP                           Franz Bruggemeier
760 SW Ninth Ave., Suite 3000        Oregon Justice Resource Center
Portland, OR 97205                          PO Box 5248
Rachelle.collins@stoel.com             Portland, OR 97208
                                                       wfonseca@ojrc.info


☑       by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

_s/Heather J. Van Meter_
Liani J. Reeves, OSB No. 013904
Ed Choi, OSB No. 135673
Heather Van Meter, OSB No. 983625
Attorneys for Defendant City of Brookings